UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LIBERTY MUTUAL INSURANCE COMPANY, et al.,

Plaintiff,

-against-

STEWART BAKST, M.D., et al.

Defendants.

----------------------------------------------------------------X

Docket No.: CV 13-04186 (WFK)(RML)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company and LM Property and Casualty Insurance Company (collectively referred to as "Liberty Mutual" or "Plaintiff") and counsel for Stewart Bakst, M.D., Sayeedus Salehin, M.D., Avenue C Medical, P.C., Professional Health Imaging, P.C., Professional Health Radiology, P.C., Albert Vaynshteyn, Yelena Maksumov a/k/a Yelena Vaynshteyn, Grigoriy Vaynshteyn, Cardenal Management Corp., Boro Health Management, LLC., and Quality Health Management, LLC. (collectively "Defendants") that Plaintiff's claims against the Defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff and the Defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

Dated: December 23, 2013

RIVKIN RADLER LLP

By: ______________________
Frank P. Tiscione, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company and LM Property and Casualty Insurance Company*

JEFFREY A. RABIN, Attorney At Law

By: ______________________
Jeffrey A. Rabin, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Stewart Bakst, M.D., Professional Health Imaging, P.C., and Professional Health Radiology*

MELVYN K. ROTH, ESQ.

By: ______________________
Melvyn K. Roth, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Sayeedus Salehin, M.D., and Avenue C Medical, P.C.*

Dated: ____________, 2013

RIVKIN RADLER LLP

By:________________________________
Frank P. Tiscione, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company and LM Property and Casualty Insurance Company*

JEFFREY A. RABIN, Attorney At Law

By:________________________________
Jeffrey A. Rabin, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Stewart Bakst, M.D., Professional Health Imaging, P.C., and Professional Health Radiology*

MELVYN K. ROTH, ESQ.

By:________________________________
Melvyn K. Roth, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Sayeedus Salehin, M.D., and Avenue C Medical, P.C.*

FLAMHAFT, LEVY, HIRSCH, & RENDEIRO LLP

By:__________________________________________________

Andrew S. Rendeiro, Esq.

926 RXR Plaza

Uniondale, New York 11556-0926

(516) 357-3000

*Counsel for Albert Vaynshteyn, Yelena Maksumov a/k/a Yelena Vaynshteyn, Grigoriy Vaynshteyn, CardenalManagement Corp., Boro Health Management, LLC, and Quality Health Management, LLC.*

**SO ORDERED:**

s/WFK

U.S.D.J.

Dated: Dec. 27, 2013